UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH BARLOW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PICKENS, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-1874-RFB-MDC<br><br>**ORDER** |

On October 2, 2025, pro se plaintiff Keith Barlow, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983, a financial certificate, and a copy of his trust fund account statement. (ECF Nos. 1-1, 1-2.) Plaintiff then filed an application to proceed *in forma pauperis* ("IFP") (ECF No. 3), but this application does not comply this Court's local rules because it includes unredacted personal-data identifiers. Therefore, the Court will strike the non-compliant IFP application and grant Plaintiff until **December 15, 2025**, to file a proper IFP application.

I.　DISCUSSION

　　A.　**Non-Compliant IFP Application**

Plaintiff's IFP application includes a social security card application and consent for release of information with personal-data identifiers that should either be omitted or redacted under this Court's Local Rule IC 6-1(a). These documents are accompanied by a note asking the recipient to redact and return them to Plaintiff as soon as possible.

It is unclear if Plaintiff intended to include these documents with his IFP application, but Plaintiff is advised that it is the responsibility of parties—not the Court or the Clerk of Court—to omit or redact personal-data identifiers to ensure that filings comply with court rules. *See* Nev. Loc. R. Prac. LR IC 6-1(c). And more fundamentally, these documents serve no purpose in this case, as it is unnecessary for Plaintiff to file any documents other than pages 1–3 of the Court's approved IFP application. Therefore, the Court will strike

the filing that contains the non-compliant documents (ECF No. 3) and direct Plaintiff to file a properly completed IFP application. *See* Nev. Loc. R. Prac. LR IC 7-1.

### B. Filing Fee

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II. CONCLUSION

The Clerk of the Court is directed to strike the filing that contains Plaintiff's non-compliant documents (ECF No. 3).

It is therefore ordered that Plaintiff has **until December 15, 2025**, to either pay the full $405 filing fee or file a proper IFP application, which is pages 1–3 of the Court's approved form, signed by the inmate twice on page 3.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

      The Clerk of the Court is further directed to send Plaintiff Keith Barlow this Court's approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: October 27, 2025

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE